United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MARCEL DARON KING,

        Defendant.

No. C 10-00455 WHA

**ORDER EXTENDING STAY OF BAIL ORDER**

       The government has applied to extend the stay of Magistrate Judge Laporte's bail order effecting the pretrial release of defendant King.  Magistrate Judge Laporte stayed the execution of her bail release order until 10:00 a.m. on August 27, 2010, in order to allow the government to file an appeal of the bail order with Judge Alsup.  This order extends the stay to Tuesday, August 31, 2010, at 5:00 p.m., so that Judge Alsup may be able to consider the government's appeal before that time.

       **IT IS SO ORDERED.**

Dated:  August 27, 2010.

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE