IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00455 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING** |
| MARCEL DARON KING, | |
| Defendant. / | |

The government's appeal of Magistrate Judge Laporte's bail order will be heard at 1:00 p.m. on Tuesday, August 31, 2010.

**IT IS SO ORDERED.**

Dated: August 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE