IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00455 WHA |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| MARCEL DARON KING, | |
| Defendant. / | |

    Defendant has until Monday, November 8, 2010, at noon, to file his motion to suppress, concerning the police search of his mother's house. The government has until Monday, November 15, at noon, to oppose the motion. The motion will be heard on November 16, 2010, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE