United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARCEL DARON KING,<br><br>  Defendant.<br>_____ / | No. C 10-00455 WHA<br><br>**ORDER REGARDING STANDING OBJECTION IN MOTION TO SUPPRESS AND EVIDENTIARY HEARING** |

The standing objection is overruled. The sworn statement of defendant from the police stationhouse, referenced in defendant's current motion, adequately satisfies the declaration requirement (*see* Dkt. No. 22-1 at 2; Dkt. No. 36 at 1).

The evidentiary hearing will go forward on Tuesday, November 23, 2010, at 7:30 a.m. The issues to be addressed are whether there was consent to search the room in question and the extent of cause underlying the probation search known to the officers, including the reliability or unreliability of the source information.

**IT IS SO ORDERED.**

Dated: November 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE