IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCEL DARON KING,<br><br>    Defendant.<br>_____ / | No. C 10-00455 WHA<br><br><br>**SCHEDULING ORDER** |

    As discussed at the evidentiary hearing, the parties may submit further briefing pertaining to defendant's motion to suppress according to the following schedule: the defense brief is due on December 10, 2010, the government's opposition is due on December 21, 2010, and the defense reply brief is due on December 23, 2010. The trial scheduled for December 20, 2010, is vacated, and a new trial is scheduled for January 10, 2011, at 7:30 a.m. The pretrial conference will be on January 6, 2011, at 1:00 p.m.

    **IT IS SO ORDERED.**

Dated: November 29, 2010.

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE