IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00455 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR BRIEFING** |
| MARCEL DARON KING, | |
| Defendant. / | |

In addition to all other issues counsel plan to address in their briefing, please address the legal standard for how clear the question asking for consent to search must be in order to be effective and also whether written consent after the fact cures any defect in the up-front verbal request for consent.

Dated: November 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE