IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00455 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING FINAL PRETRIAL CONFERENCE** |
| MARCEL DARON KING, | |
| Defendant. / | |

At the final pretrial conference, each party must state whether it will waive a jury and try the case to the bench even if no facts can be stipulated to; otherwise, the Court has no choice but to call in a venire.

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE