IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARCEL KING,

    Defendant.

No. CR 10-00455 WHA

**ORDER SETTING FORM 12 HEARING**

    Defendant Marcel King did not appear on time for his Form 12 hearing today, February 10, 2015. Defense counsel Daniel Blank informed the undersigned judge that defendant appeared twenty minutes after the criminal calendar had been completed. The hearing is hereby set for **FEBRUARY 11, 2015, AT NINE A.M.**

    **IT IS SO ORDERED.**

Dated: February 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE