MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 10-CR-455 WHA |
| Plaintiff, | MOTION FOR CONTINUANCE OF REVOCATION HEARING AND [PROPOSED] ORDER |
| v. | |
| MARCEL DARON KING, | |
| Defendant. | |

The government respectfully asks the Court to continue the evidentiary hearing on revocation of supervised release in the above-captioned matter. At a status hearing on Tuesday, March 31, 2015, the Court set the revocation hearing for April 7, 2015 at 2:00 p.m. The government asks that the revocation hearing be continued to April 21, 2015 at 2:00 p.m. Defense counsel told government counsel that the defendant opposes this requested continuance. The government believes a two-week continuance is appropriate for the following reasons.

The undersigned government counsel was in trial all this week in a case before The Honorable Edward M. Chen. The jury returned a guilty verdict in that case this morning. Counsel is now turning to preparing for the revocation hearing in the instant case but the preparations will take time. The latest Amended Petition filed by the Probation Office alleges seven violations involving a variety of conduct

over a three-month period.  Subpoenaing witnesses and preparing other evidence will require more time than the current schedule permits.

In addition, government counsel will be away from the office on Monday, April 6, 2015 to attend to a personal matter.

Finally, the requested two weeks will give government and defense counsel time to discuss the alleged violations and see whether the parties can agree upon a resolution to propose to the Court in lieu of going forward with an evidentiary hearing.

For these reasons, the government asks the Court to continue the revocation hearing to April 21, 2015 at 2:00 p.m.  The government would support keeping the April 7, 2015 date on the calendar as a status hearing if the Court would like to check in with the parties at that time.

Dated: April 3, 2015                                    Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney

                                                        _____/s/_____
                                                        PHILIP KOPCZYNSKI
                                                        Special Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon motion of the United States,

IT IS HEREBY ORDERED that the evidentiary hearing on revocation of supervised release currently set for April 7, 2015 at 2:00 p.m. is continued to April 21, 2015 at 2:00 p.m.

IT IS FURTHER ORDERED that a status hearing shall be held in this matter on April 7, 2015 at 2:00 p.m.

IT IS SO ORDERED.

Dated: April _6_, 2015.                              _____
                                                     THE HONORABLE WILLIAM ALSUP
                                                     United States District Judge

MOT. FOR CONTINUANCE AND [PROPOSED] ORDER
10-CR-455 WHA