IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARCEL DARON KING,

    Defendant.

No. CR 10-00455 WHA

**ORDER ISSUING BENCH WARRANT FOR ASHLEY ANDERSON**

    The Clerk is directed to issue a bench warrant for the arrest of Ashley Anderson for failure to appear under a court ordered subpoena, in violation of 18 U.S.C. 3146. The Marshal shall arrest Ashley Anderson and bring her to the federal courthouse today, April 21, 2015.

**IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE