IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCEL DARON KING,<br><br>Defendant. | No. CR 10-0455 WHA<br><br>**ORDER RE REQUEST TO CONTINUE EVIDENTIARY HEARING** |

The Court received the government's request for a continuance of the evidentiary hearing currently scheduled for June 30, 2016. This order requests that defense counsel state any objections to postponing the hearing.

The government proposes continuing the hearing until the week of July 25, 2016. The Court is not available that week but is available August 17, 2016, at 1:30 p.m. Attorney Claudia Quiroz should clear this date with defense counsel or propose another date.

**IT IS SO ORDERED.**

Dated: June 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE