1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4
   CLAUDIA A. QUIROZ (CABN 254419)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      FAX: (415) 436-6753
8     claudia.quiroz@usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14

15  UNITED STATES OF AMERICA,           ) NO. 10-CR-455 WHA
                                        )
16         Plaintiff,                   ) UNITED STATES' MOTION TO SEAL EXHIBITS
                                        ) A AND B IN SUPPORT OF MOTION FOR THE
17     v.                               ) COURT TO FIND THAT INTEREST OF JUSTICE
                                        ) DOES NOT REQUIRE RAPE VICTIM TO
18  MARCEL DARON KING,                  ) TESTIFY AT HEARING ON REVOCATION OF
                                        ) SUPERVISED RELEASE
19         Defendant.                   )
                                        ) Date: July 13, 2016
20                                      ) Time: 8:00 a.m.
                                        ) Court: Hon. William Alsup

21  _____

22

23

24

25

26

27

28

UNITED STATES' MOTION TO SEAL
CR 10-CR-455

1    An evidentiary hearing on charge four of the U.S. Probation Office's Amended Petition for
2    Arrest Warrant, alleging that Defendant Marcel King sexually assaulted a fifteen-year-old girl has been
3    set by this Court on July 13, 2016.  The United States has filed a motion for the Court to find that the
4    interest of justice does not require the rape victim to testify at the hearing on the defendant's revocation
5    of supervised release.  In connection with its motion, the United States anticipates filing two exhibits,
6    specifically, Exhibits A and B, which consist of a video recorded interview of the rape victim on April
7    14, 2016, and an Evidentiary Interview Report by the Children's Assessment Center.
8    In order to protect the victim's privacy interests, the United States requests leave from the Court
9    to file those materials under seal pursuant to Title 18, United States Code, Section 3509(d).  Although
10   Section 3509(d)(2) allows for the filing of these materials under seal without necessity of obtaining a
11   court order, the government is making the instant request out of an abundance of caution.
12   Accordingly, the United States hereby requests leave to file these exhibits, which will be filed as
13   the United States' Exhibits A and B in support of its motion, under seal.

Respectfully submitted,

Dated: July 8, 2016

BRIAN J. STRETCH
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

UNITED STATES' MOTION TO SEAL
CR 10-CR-455

## [~~PROPOSED~~] ORDER

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file Exhibits A and B in support of the United States' Motion for the Court to Find That Interest of Justice Does not Require Rape Victim to Testify at Hearing on Revocation of Supervised Release under seal, except that copies may be provided to Defendant Marcel King and his counsel, and maintain the documents under seal until further notice from this Court.

IT IS SO ORDERED.

DATED:   July 12, 2016.

_____
HON. WILLIAM ALSUP
United States District Court Judge

UNITED STATES' MOTION TO SEAL
CR 10-CR-455