IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCEL DARON KING,<br><br>    Defendant.<br>                                / | No. CR 10-0455 WHA<br><br>**ORDER RE EVIDENTIARY HEARING** |

Subject to further argument, both sides should be prepared to pursue the following proceedings tomorrow:

1. The government will be allowed to play the video of the complaining witness with defendant and defense counsel present;

2. The Evidentiary Interview Report by the Children's Assessment Center will be received into evidence;

3. The government will be allowed to present any additional evidence;

4. Defendant shall present his defense, if any;

5. The Court will make a determination as to whether to interview the victim in chambers using questions submitted by defense counsel (in the presence of defense counsel but possibly not defendant);

The possibility remains that the interests of justice may require the victim to testify in court subject to cross-examination in the presence of defendant.

**IT IS SO ORDERED.**

Dated: July 12, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE