IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCEL DARON KING,<br><br>Defendant.<br>_____ / | No. CR 10-0455 WHA<br><br>**ORDER RE EVIDENTIARY HEARING** |

At the hearing today, the Court asked the government to submit a statement by the victim, made under oath, regarding her fear of testifying. The government is asked to submit such a statement by August 11, 2016. Defendant may file a response within seven days after the statement is filed.

The Court also asked the government to submit a brief regarding the basis for refusing to provide the name of the percipient witness to defendant as requested. The government shall submit a brief on this issue by August 11, 2016. Defendant may file a brief in response seven days later. All briefs shall be five pages or less.

**IT IS SO ORDERED.**

Dated: July 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE