1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   PHILIP GUENTERT (CABN 147374)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-6753
          claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           ) NO. 10-CR-455 WHA
                                          )
15 |         Plaintiff,                   ) UNITED STATES' MOTION TO SEAL
                                          ) DECLARATION AND [PROPOSED] ORDER
16 |    v.                                )
                                          ) Date: September 8, 2016
17 | MARCEL DARON KING,                   ) Time: 12:00 p.m.
                                          ) Court: Hon. William Alsup
18 |         Defendant.                   )
                                          )
19                                        )
                                          )
20

21

22

23

24

25

26

27

28

UNITED STATES' MOTION TO SEAL
CR 10-CR-455

1  During a hearing on July 13, 2016, the Court asked the government to submit a statement by the
2  victim in this case, made under oath, regarding her fear of testifying.  The Court subsequently issued an
3  Order on the same day asking the government to submit such a statement by August 11, 2016.  [Dkt. No.
4  205.]  The government has obtained such a declaration from the victim.  In order to protect the victim's
5  privacy interests, the United States requests leave from the Court to file the declaration under seal
6  pursuant to Title 18, United States Code, Section 3509(d).  Although Section 3509(d)(2) allows for the
7  filing of the declaration under seal without necessity of obtaining a court order, the government is
8  making the instant request out of an abundance of caution.

9  Accordingly, the United States hereby requests leave to file the declaration of the victim
10 regarding her fear of testifying under seal.

Respectfully submitted,

Dated: August 11, 2016

BRIAN J. STRETCH
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

UNITED STATES' MOTION TO SEAL
CR 10-CR-455

2

# [~~PROPOSED~~] ORDER

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file the declaration of the victim under seal and maintain the documents under seal until further notice from this Court.

IT IS SO ORDERED.

DATED:   August 12, 2016.

_____
HON. WILLIAM ALSUP
United States District Court Judge

UNITED STATES' MOTION TO SEAL
CR 10-CR-455

3