IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCEL DARON KING,

Defendant.

No. CR 10-0455 WHA

**ORDER RE EVIDENTIARY HEARING ON SEPTEMBER 8**

The government shall make sure that the complaining witness and any appropriate guardian is available in the building on September 8, 2016, to be questioned in chambers by the Court (and possibly defense counsel) outside the presence of defendant.

The Court has not yet made a decision to require the complaining witness to testify in the courtroom. If the Court makes a determination that normal testimony is necessary, the complaining witness will proceed to testify in the courtroom with the defendant in another room as described in 18 U.S.C. 3509.

Finally, the government shall provide the Court with a transcript of the videotaped interview, shall vet it in advance with defense counsel, and shall indicate the passages that are not agreed upon. Defense counsel shall write in his alternative interpretation on the transcript. This is due September 1.

**IT IS SO ORDERED.**

Dated: August 17, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE