IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0455 WHA |
| Plaintiff, | |
| v. | **ORDER RE CONTINUANCE AND TESTIMONY OF EXPERT** |
| MARCEL DARON KING, | |
| Defendant. | |

The motion to continue the evidentiary hearing is **GRANTED**. The evidentiary hearing is continued until **SEPTEMBER 13, 2016 AT 8:00 A.M.**

The testimony of Dr. Laurie Anne Richer will be of more value in the event that she examines the complaining witness as opposed to providing generalized testimony not anchored in the victim's circumstances.

Government counsel shall promptly provide defense counsel with all of the materials concerning Dr. Richer to which defendant is entitled.

**IT IS SO ORDERED.**

Dated: August 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE