STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-0455 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | SUPPLEMENTAL PROTECTIVE ORDER |
| | ) | REGARDING FURTHER PRODUCTION OF |
| MARCEL KING, | ) | ATTORNEY'S EYES ONLY DISCOVERY |
| | ) | |
| Defendant. | ) | Honorable William Alsup |

The Court entered a stipulated protective order regarding production of attorney's eyes only discovery in advance of the evidentiary hearing on the alleged violation of supervised release in the above-captioned case. *See* Order (Docket #191) (filed July 4, 2016). The parties hereby stipulate and jointly request that the Court order that the same procedures set forth in that protective order apply to the name of the person who drove the complaining witness to San Francisco on the evening in question.

IT IS SO STIPULATED.

BRIAN STRETCH
United States Attorney

DATED: August 30, 2016        _____/s/_____
                              CLAUDIA QUIROZ
                              Assistant United States Attorney


DATED: August 30, 2016        _____/s/_____
                              DANIEL P. BLANK
                              Assistant Federal Public Defender
                              Attorney for Marcel King


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: August 30, 2016.        _____
                              HON. WILLIAM ALSUP


STIPULATION                            - 1 -