STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-0455 WHA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | SUPPLEMENTAL PROTECTIVE ORDER |
| | ) | REGARDING FURTHER PRODUCTION OF |
| MARCEL KING, | ) | ATTORNEY'S EYES ONLY DISCOVERY |
| | ) | |
| Defendant. | ) | Honorable William Alsup |
| | ) | |

1   The Court entered a stipulated protective order regarding production of attorney's eyes only
2   discovery in advance of the evidentiary hearing on the alleged violation of supervised release in the
3   above-captioned case.  *See* Order (Docket #191) (filed July 4, 2016).  The parties hereby stipulate
4   and jointly request that the Court order that the same procedures set forth in that protective order
5   apply to the name of the person who drove the complaining witness to San Francisco on the evening
6   in question.

7   IT IS SO STIPULATED.

                                                BRIAN STRETCH
                                                United States Attorney

10  DATED:   August 30, 2016          _____/s/_____
                                                CLAUDIA QUIROZ
11                                              Assistant United States Attorney

13  DATED:   August 30, 2016          _____/s/_____
                                                DANIEL P. BLANK
14                                              Assistant Federal Public Defender
                                                Attorney for Marcel King

17       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19  Date:  August 30, 2016.           _____
                                                HON. WILLIAM ALSUP

STIPULATION                         - 1 -