1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-6753
        claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,            )  NO. 10-CR-455 WHA
                                        )
15        Plaintiff,                    )  STIPULATION TO SEAL COURTROOM DURING
                                        )  COMPLAINING WITNESS TESTIMONY;
16    v.                                )  [PROPOSED] ORDER
                                        )
17 MARCEL DARON KING,                   )  Date: September 13, 2016
                                        )  Time: 8:00 a.m.
18        Defendant.                    )  Court: Hon. William Alsup
                                        )
19                                      )
                                        )
20

21

22

23

24

25

26

27

28
   STIPULATION
   CR 10-CR-455

On August 17, 2016, the Court issued an Order stating that it had not yet made a decision whether the complaining witness would be required to testify in the courtroom. Dkt. No. 214. The Court further ordered that if it determined that normal testimony was necessary, the complaining witness would testify in the courtroom with the defendant in another room as described in 18 U.S.C. 3509. *Id.* Defendant Marcel King respectfully maintains his objection to this procedure. Nevertheless, in light of the sensitive nature of the proceedings and the age of the complaining witness, the parties hereby stipulate and agree that in any event if the complaining witness is called to testify in the courtroom, the courtroom may be sealed during the duration of the complaining witness's testimony. The parties further stipulate and agree that the only individuals allowed during the courtroom during the complaining witness's testimony shall be the Court's staff, the defendant (unless excluded by the Court as noted above), defense counsel and any other members of the Federal Public Defender's Office as determined by defense counsel, the probation officer, the complaining witness's guardian, government counsel, the case agent, and any other members of the United States' Attorney's Office as determined by government counsel.

**SO STIPULATED.**

Dated: September 1, 2016

BRIAN J. STRETCH
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

Dated: September 1, 2016

_____/s/_____
DANIEL BLANK
Counsel for Defendant Marcel Daron King

STIPULATION
CR 10-CR-455

**[PROPOSED] ORDER**

For the reasons stated above, the Court hereby orders that if the complaining witness testifies in the courtroom during the evidentiary hearing in the above-referenced matter, the courtroom shall be sealed during the portion of the complaining witness's testimony. It is further ordered that the individuals allowed to remain in the courtroom during the complaining witness's testimony shall be limited to the Court's staff, the defendant (unless excluded by the Court as noted above), defense counsel and any other members of the Federal Public Defender's Office as determined by defense counsel, the probation officer, the complaining witness's guardian, government counsel, the case agent, and any other members of the United States' Attorney's Office as determined by government counsel.

IT IS SO ORDERED.

Dated:  September 2, 2016.

_____
WILLIAM ALSUP
United States District Judge

STIPULATION
CR 10-CR-455

3