1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARCEL DARON KING,

        Defendant.

_____/

No. CR 10-0455 WHA

**ORDER REGARDING
PROCEDURES DURING
EVIDENTIARY HEARING**

The Court has not yet made a decision to require the complaining witness to testify in the courtroom. If the Court makes a determination that normal testimony is necessary, the complaining witness will testify in the courtroom with the defendant in another room as described in 18 U.S.C. 3509. In this event, defendant will be provided with the following means of communicating with his counsel during the complaining witness's testimony. A telephone call will be placed connecting the courtroom to the room where defendant will be present. Defendant will join one end of the phone call and defense counsel will join the other end via a headpiece. Defendant will be able to convey brief communications to his counsel via telephone in this manner. If more detailed communication is required, defense counsel will be permitted to recess into the room where defendant is present for further communication.

The parties are permitted to respond to the communication process outlined above by **NOON ON SEPTEMBER 12, 2016**.

**IT IS SO ORDERED.**

Dated:  September 8, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California