IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCEL DARON KING,<br><br>    Defendant.<br>                                        / | No. CR 10-0455 WHA<br><br>**ORDER REQUESTING RESPONSE FROM GOVERNMENT** |

The Court is in receipt of defendant's brief regarding the evidentiary hearing scheduled for September 13, 2016 (Dkt. No. 222). This order requests that the government respond to defendant's brief by **NOON ON SEPTEMBER 12, 2016**.

**IT IS SO ORDERED.**

Dated: September 9, 2016.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE