IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARCEL DARON KING,

    Defendant.

No. CR 10-0455 WHA

**ORDER REGARDING APPLICABLE PENAL CODE**

Please be present with all witnesses at 8:00 a.m. tomorrow, September 13. At noon, the Court will have to recess for one hour due to a previously-scheduled lecture. The evidentiary hearing will resume at 1:00 p.m. and will be able to continue until the criminal calendar at 2:00 p.m, resuming thereafter if needed.

This order asks that the government please identify the state penal code defendant is alleged to have violated. In addition, this order asks both parties to explain (1) whether the reasonable belief defense places the burden of proof on defendant and (2) whether the defense comes into play only *after* defendant testifies that he actually believed the victim was age 18 or over.

Briefs by 5:00 p.m. today would be appreciated.

**IT IS SO ORDERED.**

Dated: September 12, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE