IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCEL DARON KING,<br><br>Defendant.<br>_____/ | No. CR 10-0455 WHA<br><br>**ORDER REGARDING SCHEDULE FOR EVIDENTIARY HEARING** |

The parties should assume that all witnesses will testify at the scheduled evidentiary hearing tomorrow, September 13, 2016. The Court asks the parties keep available 12:30 p.m. to 3:00 p.m. on September 14, 2016, in case additional time is needed.

**IT IS SO ORDERED.**

Dated: September 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE