STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0455 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | BRIEFING SCHEDULE ORDER |
| v. | ) | |
| | ) | Honorable William H. Alsup |
| MARCEL DARON KING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1    Having reviewed the Court's Order Regarding Format of Proposed Findings of Fact and

2  Conclusions of Law After Evidentiary Hearing (Docket #241) (filed Sept. 28, 2016), the parties in

3  the above-captioned case respectfully submit this proposed briefing schedule:  government's opening

4  brief and proposed findings by October 27, 2016; defendant's brief, proposed findings and response

5  to the government's proposed findings by November 17, 2016; the government's reply by December

6  8, 2016.  The parties are also diligently working to determine whether any outstanding exhibits can

7  be entered into evidence by stipulation.  If it appears that a further hearing will instead be necessary

8  the parties will promptly notify the Court.

9  IT IS SO STIPULATED.

10                                                                          BRIAN STRETCH
                                                                                United States Attorney
11

12  DATED:      Oct. 6, 2016                              _____/s/_____
                                                                            CLAUDIA QUIROZ
13                                                                          Assistant United States Attorney

14

15  DATED:      Oct. 6, 2016                              _____/s/_____
                                                                            DANIEL P. BLANK
16                                                                          Assistant Federal Public Defender
                                                                                Attorney for Marcel Daron King
17

18  IT IS SO ORDERED.

19  DATED:  October 11, 2016.                         _____
                                                                            WILLIAM  ALSUP
20                                                                          United States District Judge

21

22

23

24

25

26

STIP. & PROP. ORDER                                      1