STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-0455 WHA |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING IN LIGHT OF BRIEFING SCHEDULE |
| v. | ) ) | |
| MARCEL DARON KING, | ) ) | Honorable William Alsup |
| Defendant. | ) ) | |

Having reached an agreement as to a briefing schedule for the proposed findings of fact and conclusions of law, concluding with the filing of the government's reply brief on December 8, 2016, the parties stipulate and jointly request that the currently scheduled status conference set for November 1, 2016, be continued to December 13, 2016, at 2:00 p.m.  The parties also stipulate and jointly request that the previously-agreed briefing schedule for opening briefs be adjusted by one day, so that the government will file its opening brief by October 28, 2016, and the defense will file its opening brief by November 18, 2016.

IT IS SO STIPULATED.

BRIAN STRETCH
United States Attorney

DATED:   Oct. 25, 2016              _____/s/_____
                                    CLAUDIA QUIROZ
                                    Assistant United States Attorney

DATED:   Oct. 25, 2016              _____/s/_____
                                    DANIEL P. BLANK
                                    Assistant Federal Public Defender
                                    Attorney for Marcel Daron King

IT IS SO ORDERED.

DATED:  October 28, 2016.           _____
                                    WILLIAM ALSUP
                                    United States District Judge

STIP. & ~~PROP.~~ ORDER                    1