STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-0455 WHA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING IN LIGHT OF BRIEFING SCHEDULE |
| v. | ) ) | |
| MARCEL DARON KING, | ) ) | Honorable William Alsup |
| Defendant. | ) ) | |

1  Having reached an agreement as to a briefing schedule for the proposed findings of fact and
2  conclusions of law, concluding with the filing of the government's reply brief on December 8, 2016,
3  the parties stipulate and jointly request that the currently scheduled status conference set for
4  November 1, 2016, be continued to December 13, 2016, at 2:00 p.m.  The parties also stipulate and
5  jointly request that the previously-agreed briefing schedule for opening briefs be adjusted by one
6  day, so that the government will file its opening brief by October 28, 2016, and the defense will file
7  its opening brief by November 18, 2016.

8  IT IS SO STIPULATED.

                                      BRIAN STRETCH
                                      United States Attorney

DATED:   Oct. 25, 2016           _____/s/_____
                                      CLAUDIA QUIROZ
                                      Assistant United States Attorney

DATED:   Oct. 25, 2016           _____/s/_____
                                      DANIEL P. BLANK
                                      Assistant Federal Public Defender
                                      Attorney for Marcel Daron King

IT IS SO ORDERED.

DATED:  October 28, 2016.        _____
                                      WILLIAM ALSUP
                                      United States District Judge