1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-6753
        claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,       ) NO. 10-CR-455 WHA
                                     )
15 |       Plaintiff,                 ) SECOND STIPULATION AND [PROPOSED]
                                     ) ORDER MODIFYING BRIEFING SCHEDULE
16 |    v.                            ) AND REINSTATING DATE OF NOVEMBER 1,
                                     ) 2016 STATUS HEARING
17 | MARCEL DARON KING,               )
                                     )
18 |       Defendant.                 ) Honorable William Alsup
                                     )
19                                   )
                                     )
20

STIPULATION
CR 10-CR-455

1  On October 25, 2016, the parties filed a stipulation requesting that the scheduled status
2  conference set for November 1, 2016, be continued to December 13, 2016, at 2:00 p.m.  [Dkt. No. 253.]
3  The parties also stipulated and jointly requested that the previously agreed briefing schedule for opening
4  briefs be adjusted by one day, so that the government would file its opening brief by October 28, 2016,
5  and the defense would file its opening brief by November 18, 2016.  *Id.*

6  On October 28, 2016, the Court granted the parties' request—it continued the status hearing to
7  December 13, 2016 at 2:00 p.m. and modified the briefing schedule as requested.  [Dkt. No. 255.]

8  The parties hereby request that the Court put the matter back on the calendar on November 1,
9  2016 at 2:00 p.m.  The parties make this request because they are in disagreement over the use and
10 potential admission of a document recently received by the government and would like to appear before
11 the Court to address the issue.

12 The parties further request that the briefing schedule be further modified so that the government
13 would file its brief (both the Proposed Findings of Fact and Conclusions of Law and accompanying
14 brief) on October 31, 2016, and the defense would file its Proposed Findings of Fact responding to the
15 government's proposed findings of fact as well as its accompanying brief on November 21, 2016.  The
16 government's deadline to file its reply brief shall remain as originally scheduled on December 8, 2016.

17 **SO STIPULATED.**

18 Dated:  October 28, 2016

BRIAN J. STRETCH
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

Dated:  October 28, 2016

_____/s/_____
DANIEL BLANK
Counsel for Defendant Marcel Daron King

**IT IS SO ORDERED.**

Dated: October 28, 2016.

_____
WILLIAM ALSUP
United States District Judge

STIPULATION
CR 10-CR-455

2