IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCEL DARON KING,<br><br>    Defendant.<br>_____ / | No. CR 10-0455 WHA<br><br>**NOTICE RE ARGUMENT** |

    Both sides shall please come prepared to deliver closing arguments at the status conference scheduled for **DECEMBER 13, AT 2:00 P.M.**

Dated:  December 5, 2016.

                                                         WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE