1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7027
        philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-455 WHA |
| Plaintiff, | **UNITED STATES' UNOPPOSED MOTION FOR ORDER AUTHORIZING PREPARATION OF** |
| v. | **TRANSCRIPT; [PROPOSED] ORDER** |
| MARCEL DARON KING, | Hearing Date: August 22, 2017 |
| Defendant. | Hearing Time: 2:00 p.m. |
| | Judge: Hon. William Alsup |

TO: DEFENDANT MARCEL DARON KING

PLEASE TAKE NOTICE that on August 22, 2017, at 2:00 p.m., before the Honorable William Alsup, the United States will move this Court for an order authorizing the court reporter to prepare the transcript from the in camera proceedings conducted on September 13, 2016, in the captioned case. This motion is based upon the attached memorandum of points and authorities, and the supporting declaration of Philip Kopczynski. Unless the Court wishes to hear argument, the government asks the Court to decide this unopposed motion on the papers.

## MEMORANDUM OF POINTS AND AUTHORITIES

The government asks the Court to authorize the court reporter to prepare the transcript from the in camera proceedings conducted in this matter on September 13, 2016. There is no rule or test, to the

MISC. MOT.
CR 10-455 WHA                                              1

government's knowledge, that governs this request; instead, it is simply a matter left to the Court's discretion. *See United States v. Schlette*, 842 F.2d 1574, 1577 (9th Cir.), *amended*, 854 F.2d 359 (9th Cir. 1988). The government asks the Court to exercise its discretion in favor of release here because the transcript is relevant to the defendant's appeal.

On September 13, 2016, the Court questioned T.G., the minor victim in the then-pending supervised release matter, about whether she was able to testify in the defendant's presence. The Court decided to question T.G. in chambers at the government's suggestion and without objection from the defense. Tr. 9/13/16 at 8:11-19. The individuals present in chambers included the victim, her guardian, Your Honor, one of Your Honor's clerks, the lawyers, the probation officer, and the court reporter. *Id.* at 30:4-12. Upon returning to the courtroom, the Court remarked, "All right. . . . We're going to start [with T.G.'s testimony] in the normal way with the defendant present. But if the witness becomes uncomfortable, she's going to ask that the witness[1] be excluded, and I – or if I feel that in some way she's reached that point, I may myself make that conclusion. But she's willing to give it a try, so we will see how that goes." *Id.* at 31:5-12.

When the government's direct examination of T.G. reached the topic of the sexual assault, T.G. asked, "Can we do the second alternative?" *Id.* at 59:10. The "second alternative" referred to T.G. testifying with the defendant not present. The Court decided to permit T.G. to testify with the defendant participating by video and telephone from another courtroom. *See id.* at 67-68. She testified with that arrangement, and after further proceedings, the Court found that the defendant was guilty of the charged violation of his supervised release. Dkt. 281.

On appeal, the defendant claims the Court erred by excluding him from the courtroom during parts of T.G.'s testimony. He argues that the Court failed to make the factual findings required by 18 U.S.C. § 3509, and that his exclusion violated his constitutional rights. *See* Appellant's Opening Br. (Dkt. 9) 23-37, *United States v. King*, No. 17-10006 (9th Cir.). The government has not yet filed its answering brief.

---

[1] The Court said "witness," according to the transcript, but either this is a transcription error or the Court misspoke. From context, it is apparent that "witness" should be "the defendant."

MISC. MOT.
CR 10-455 WHA                    2

The Court's questioning of T.G. in camera is relevant to the defendant's claim on appeal. The Court's questions, and T.G.'s answers, may help show the basis for the temporary exclusion of the defendant from the courtroom. The government is ordering the transcript, but the court reporter requires an order from this Court allowing her to prepare the transcript. *See* Declaration of Philip Kopczynski in Support of Motion for Miscellaneous Relief ("Kopczynski Decl.") ¶ 3. The government respectfully asks the Court to issue such an order. The transcript should be sealed, *see* 18 U.S.C. § 3509(d)(2), but released to the parties. If the government uses the transcript in its response to the defendant's appeal, it will redact identifying information of T.G. The defendant does not oppose this motion. Kopczynski Decl. ¶ 4.

DATED: August 2, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Philip Kopczynski
PHILIP KOPCZYNSKI
Assistant United States Attorney

### [PROPOSED] ORDER

The government's motion is GRANTED. The court reporter is authorized to prepare the transcript from the in camera proceedings conducted in this matter on September 13, 2016. The transcript shall be filed under seal but released to the parties.

IT IS SO ORDERED.

DATED: August _3_, 2017

_____
HON. WILLIAM ALSUP
United States District Judge

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7027
        philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCEL DARON KING, <br><br> Defendant. | No. CR 10-455 WHA <br><br> **DECLARATION OF PHILIP KOPCZYNSKI IN SUPPORT OF MOTION FOR MISCELLANEOUS RELIEF** |

I, Philip Kopczynski, being duly sworn, state:

1. I am an Assistant United States Attorney in the Northern District of California.

2. I am counsel of record for the United States of America in the above-captioned case.

3. The court reporter who reported the in camera proceedings conduced on September 13, 2016, informed one of my colleagues in the U.S. Attorney's Office today that she requires a court order authorizing her to prepare the transcript of those proceedings.

4. Counsel for the defendant informed me that he does not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on August 2, 2017, in San Francisco, CA.        /s/ Philip Kopczynski
                                                          PHILIP KOPCZYNSKI

1